Dismissed and Memorandum Opinion filed August 16, 2007








Dismissed
and Memorandum Opinion filed August 16, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00368-CV

____________

 

NOBLE CHARITIES FOUNDATION I, L.P.;
CHARLES MYERS; JAMES REBEL, f/k/a JAMES GAY; NEWPORT SERVICES COMPANY, L.P.;
NOBLE CHARITIES FOUNDATION
RICHMOND, L.P.; HOWS GROUP L.L.C.; MASTER HOLDING COMPANY LTD.; LONDON SERVICE,
L.P.; and ROMAN SERVICES, L.L.C.; Appellants

 

V.

 

KNA PARTNERS, ET AL., Appellees

 



 

On Appeal from the
165th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-18616

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 26, 2007.  On August 9, 2007, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
16, 2007.

Panel consists of Justices Anderson, Yates, and Guzman.